WO

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
v.

Bernabe Mendoza

*ORDER OF DETENTION PENDING DISPOSITION*

Case Number:  CR 07-323-PHX-FJM

In accordance with the Bail Reform Act, 18 U.S.C. § 3143, a detention hearing was submitted on September 16, 2010. Defendant was present and represented by counsel. The defendant has not rebutted by clear and convincing evidence that he is not likely to flee if released.

### FINDINGS OF FACT

In support of this order of detention, and for purposes of the issue of detention only, I find that:

The defendant, while on supervised release, failed to comply with orders of the court.

The defendant absconded from supervision.

### CONCLUSIONS OF LAW

There is a serious risk that the defendant will flee.

### DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

### APPEALS AND THIRD PARTY RELEASE

IT IS ORDERED that should an appeal of this detention order be filed with the District Court, it is counsel's responsibility to deliver a copy of the motion for review/reconsideration to US Probation Department at least one day prior to the hearing set before the District Court.

DATE:  September 16, 2010

JAY R. IRWIN
United States Magistrate Judge